UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-4598 DSF (CTx) | Date | 8/19/08 |
|---|---|---|---|
| Title | Nautilus Insurance Co. v. The Rowen Group, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) **SECOND ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

    Plaintiff filed this action on July 14, 2008. On July 24, 2008, the Court issued an Order to Show Cause Re Dismissal for Lack of Subject Matter Jurisdiction ("OSC"). The OSC stated that Plaintiff's Complaint did not meet the standard the Ninth Circuit articulated in Indus. Tectonics v. Aero Alloy, 912 F.2d 1090 (9th Cir. 1990), when alleging the parties' principal places of business. The Court has considered Plaintiff's additional facts and deems them sufficient to tentatively establish diversity jurisdiction. However, Plaintiff has not submitted a supporting declaration regarding the parties' citizenship, nor has it amended the complaint to include these additional factual allegations.

    Accordingly, the Court orders Plaintiff to show cause in writing no later than September 8, 2008 why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff may respond by amending the complaint or submitting evidence of the parties' citizenship by this date. If Defendants intend to dispute any of Plaintiff's jurisdictional allegations, they should submit a brief with supporting evidence by no later than September 15, 2008.

    Courtesy copies of all papers are to be delivered to Chambers. Plaintiff's failure to respond by the above date will result in the Court **dismissing** this action. The Court further orders the Court Clerk promptly to serve this order on both parties.

                                                             Deputy Clerk
                                                                   dp